# CRIMINAL DOCKET

| | | |
|---|---|---|
| PO ☐ | 0975 1 Assigned 7506 Discharged 7120 | ☐ WRIT ☐ JUVENILE ☐ ALIAS |
| Misd. ☐ | | |
| Felony ☒ | District / Off / Judge-Magist / OFFENSE ON INDEX CARD | |

VS.

**TAMANAHA, BRIAN Z.**

Date Filed: 11 / 05 / 85    02198   02
No. of Def's: 2

## I. CHARGES

| US TITLE-SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM NG | GUILTY NOLO |
|---|---|---|---|---|
| FRCrP Rule 42 | Criminal Contempt | 1 | X | |

## II. KEY DATE

- **INTERVAL ONE** — KEY DATE / EARLIEST OF: (arrest / sum'ns / custody / appears on complaint)
- **END ONE AND/OR BEGIN TWO** — KEY DATE **11-05-85** — APPLICABLE: ☒ OSC
- **KEY DATE 12-10-85** LATEST OF: ☒ 1st appears on pending charge /R40
- **END INTERVAL TWO** — KEY DATE **12-10-85** — APPLICABLE: ☒ Dismissal

1st appears with or waives counsel: **12-10-85**

DISPOSITION DATE: **12-17-85**

## III. MAGISTRATE

(blank)

Show last names and suffix numbers of other defendants on same indictment/information:
**Levine (01)**

## ATTORNEYS

U.S. Attorney or Asst.:
**DANIEL A. BENT**
by **THEODORE S. GREENBERG, Spec. Asst. U.S. Atty.**
701 Prince St.
Alexandria VA 22314
(703) 557-9100

Defense: 2 ☒ Ret

**DAVID W. HALL**
733 Bishop St., Suite 1280
Honolulu, Hawaii 96813
Ph: 526-0402

JAN 5 1986

| DATE<br>DOCUMENT NO. | | V. PROCEEDINGS | | | | |
|---|---|---|---|---|---|---|
| | | 85  02198  02   ☒ MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE __ OF __<br>☐ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date<br>End Date | Ctr<br>Code | Total<br>Days |

1985
Nov 5   1  Order To Show Cause For Criminal Contempt              FONG
            **(ON FILE WITH COURT SECURITY OFFICER)**
        2  Order To Show Cause For Criminal Contempt              FONG
            cc: USA, Levine, Parsons, Tamanaha
            (Note: this order is the same as #1 above, except that #2 does
              not include the classified information in Section III of
              Doc #1)
            EO:  Order To Show Cause for Criminal Contempt ordered by Judge
                 Fong is scheduled for 12-10-85 - judge to be assigned
     8  3  Ex Parte Application For ORder Shortening Time To File Motion
              To Modify Protective Order; Proposed Order
        4  Ex Parte Application For Order Shortening Time To File Motion
              To Continue; Proposed Order
        5  Motion To Continue Contempt Proceedings Until Last Week In
              February 1986
        6  Declaration of Brook Hart
    12     EO:  At the Request of Judge Fong, all documents filed re:
                 "Order To Show Cause for Criminal Contempt" will be
                 Express Mailed to Theodore Greenberg, prosecutor for this
                 hearing, on a <u>daily</u> basis
           EO:  Address of Theodore S. Greenberg
                          U.S. Attorney's Office
                          701 Prince St.
                          Alexandria, VA 22314
                          ph:  (703)  557-9100
    13     EO:  Documents 2,3,4,5,6 - Express Mailed to Greenberg
    14  7  ORDER Establishing Briefing Schedule For Motions For Continuance
              and to Modify Protective Order            FONG
              cc: Levine, Tamanaha, Hart, Peyton, Greenberg
              [Govt to file opposition by close of business 11-20-85]
        8  Partial Transcript of Proceedings - 10-04-85 - (YI) - orig - Part 1, P 1-74
              **(ON FILE WITH COURT SECURITY OFFICER)**
        9  Partial Transcript of Proceedings - 10-04-85 - (YI) - orig - Vol II, of 2 Vol
              p 1-49  **(ON FILE WITH COURT SECURITY OFFICER)**
    20 10  Response of The United States To Defendant's Motion To Modify
              The Protective Order And To Grant Security Clearances
              cc:  phoned Laurel/Hart, Levine, Tamanaha
       11  Government's Opposition To Motion To Continue Contempt Proceedings
              cc:  phoned Laurel/Hart, Levine, Tamanaha
    22 12  ORDER Amending Caption - the caption of the criminal contempt
              proceedings arising from USA vs. Rewald is amended to
              reflect "USA vs. MICHAEL R. LEVINE and BRIAN Z. TAMANAHA"
              under criminal number of 85-02198-01-02      FONG

    27 13  Ex Parte Motion for Order Shortening Time for Hearing on Defendants'
              Motion to Disqualify Theodore Greenberg From Prosecuting
              Contempt Charges Against Michael R. Levine and Brian Z.
              Tamanaha; Affidavit of Brook Hart; Proposed Order              11-27-85  E   14
              cc: Greenberg                                                  12-10-85
       14  Affidavit of Brook Hart
              cc: Greenberg
       15  ORDER GRANTING Defendants' Ex Parte Motion For Order Shortening
              Time For Hearing On Defendants' Motion To Disqualify Theodore
              Greenberg From Prosecuting Contempt Charges Against Michael
              R. Levine and Brian Z. Tamanaha            FONG
       16  Notice of Motion - 12-09-85 @ 11:00 a.m. (Marilyn Patel) - Motion
              To Disqualify Theodore Greenberg From Prosecuting Contempt Charges
              Against Michael R. Levine And Brian Z. Tamanaha; Memorandum; Affidavit of
              Brian Z. Tamanaha; Certificate of Service   CONTINUED TO PAGE __
              cc: Greenberg, Patel

| | | UNITED STATES DISTRICT COURT | | | |
|---|---|---|---|---|---|
| | | CRIMINAL DOCKET   U. S. vs   TAMANAHA, BRIAN Z. | Page 2 | | |
| | | | 85 | 02198 | 02 |
| | | | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| **1985** | | | | | | |
| Nov 29 | 17 | Supplemental Affidavit to Motion to Continue Trial Date<br>    cc: Greenberg | | | | |
| Dec 2 | 18 | Order to Refer Contempt Hearing -<br>    trial of USA vs Levine & Tamanaha has been referred to<br>    Judge Marilyn Patel; defts' motion to refer the case is<br>    rendered moot and the same is DENIED      FONG<br>    cc: Judge Patel, Greenberg, Peyton, Levine/Tamanaha,<br>    Hall, Hart | | | | |
| 4 | 19 | Order Granting in Part Defendants' Motion to Modify Protective<br>    Order                     FONG<br>    [the unclassified portions of the Orders cited in the<br>    Order to Show Cause filed 11-08-85 can be made available<br>    to counsel for defts by the gov't as soon as possible;<br>    to the extent that this order is in conflict with any pro-<br>    tective orders previously entered by this Court, said orders<br>    are modified by this order.] | | | | |
| | 20 | Government's Opposition to Motion to Continue Contempt Proceedings | | | | |
| 9 | 21 | Government's Trial Brief | | | | |
| | 22 | Defendants' Trial Memorandum Re: Counts I & IV | | | | |
| | | EP: Defts' Motion to Disqualify Ted Greenberg DENIED. Later<br>    discussion between Court and counsel regarding pretrial<br>    matters and arguments on defts' Motion to Dismiss - Defts'<br>    Motion to Dismiss Counts 1, 2 & 4 submitted - Case contd<br>    to Dec. 10, 1985 at 11:00 for further evidentiary hearing<br>    as to Ct 3.      (Sandra Maunez)   MARILYN H. PATEL | | | | |
| | 23 | Supplemental Pleading Re: Identity of John Mason; Exhibit A<br>    [filed with Court Security Officer; unclassifed] | | | | |
| 10 | | EP: Defts' Motion to Dismiss Counts I, II & IV GRANTED with<br>    prejudice. Govt's Motion to Dismiss Count III GRANTED<br>    with prejudice. Court will prepare the order. (TC) MARILYN H. PATEL | | | | |
| 17 | 24 | Order Re Contempt         MARILYN H. PATEL<br>    [Defts' Motion to Dismiss Counts I, II and IV GRANTED;<br>    Govt's Motion to Dismiss Count III GRANTED.]<br>    cc: Greenberg, Hart, Hall, Levine/Tamanaha | | | | |
| 20 | | EO: Rec'd letter from Brook Hart to Judge Patel requesting<br>    modification of the Order Re Contempt; rec'd response<br>    via letter from the gov't | | | | |
| | 25 | Order Re Modification     MARILYN H. PATEL<br>    [Deft Levine's request for modification is DENIED]<br>    cc: Hart, Hall, USA, Levine/Tamanaha | | | | |
| **1986**<br>Jan 10 | 26 | NOTICE OF APPEAL (By Plaintiff) | | | | |
| 15 | 27 | Order for Time Schedule - RT to be ordered by 1-24-86;<br>    RT to be filed by 2-14-86; Aplt's Desig. & Brief to be<br>    filed by 3-7-86; Aple's Desig. to be filed by 3-21-86;<br>    Aple's Brief to be filed by 3-28-86; Reply Brief, if any,<br>    to be filed by 4-11-86 - cc: Greenberg, Hall & Court Reporters | | | | |

| UNITED STATES DISTRICT COURT | TAMANAHA, BRIAN | CR 85-02 |
| CRIMINAL DOCKET | | |

| DATE | | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | | (a)   (b)   (c) (d) |
| **1986** | | | |
| Jan 27 | 28 | Transcript Designation and Ordering Form - 12-10-85 & 12-11-85 (Sandra Maunez & Terrence Chun) | |
| | 30 | Transcript of Proceedings - 12-10-85 - (TC) - defts 01, 02 - Orig. | |
| Feb 14 | 29 | Ex Parte Motion for Order Shortening Time for Hearing on Defendants' Motion to Refer Trial on Contempt and Related Proceedings to Another Judge; Affidavit of Brook Hart; Proposed Order [pertains to moving trial date from 12-10-85 to 12-17-85 - referred to Judge Fong] | |
| 19 | 30 | Order Denying Defendants' Ex Parte Motion to Shorten Time  FONG [Motion to refer trial has been decided without a hearing, so motion to shorten time ro refer trial is moot] cc: Hart, Hall, Levine, Tamanaha, Peyton | |
| Feb 24 | 31 | Rec'd copy of "Defendant's Trial Memorandum on Counts II & III" filed with court security officer on 12-09-85; per James Walker, Court Security Officer, this document is un-classified and is to be **SEALED** | |
| 27 | | Transcript of Proceedings - 12-9-85 - (Sandra Maunez) - Orig. | |
| Mar 10 | | Certificate of Record mailed to Clerk, 9th CCA; Copy of CR, docket sheet & Desig. of Clerk's Record on Appeal form w/instructions mailed to Smith & Hall | |
| Apr 30 | 32 | ORDER - 9thCCA - Govt's motion of 4-15-86 to dismiss its appeal GRANTED. cc: Greenberg, Hall, USPO, deft, Judge Fong | |
| **1998** | | | |
| Nov 9 | | Transcript of Proceedings - pgs. 19 - 12/10/85 Terrence Chun | |